**Brenda P. LOWDER, Plaintiff—Appellant,**

v.

**HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, Defendant—Appellee,**

and

**Group Benefit Plan; Farmer's Telephone Cooperative, Incorporated, Defendants.**

No. 04–1594.

United States Court of Appeals, Fourth Circuit.

Submitted: April 27, 2005.

Decided: May 11, 2005.

Chalmers C. Johnson, Chalmers Johnson Law Firm, Charleston, South Carolina, for Appellant.

Debbie W. Harden, Katherine T. Lange, Womble, Carlyle, Sandridge & Rice, PLLC, Charlotte, North Carolina, for Appellee.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brenda P. Lowder appeals the district court's order denying relief on her claim seeking disability benefits from a plan governed by the Employee Retirement Income Security Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lowder v. Hartford Life & Accident Ins. Co.,* No. CA–02–1355–4–23 (D.S.C. Mar. 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*